apsummon 8/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Michael Dean Schweitzer
Debtor

_____

Chapter 7

Bankruptcy No. 24–01221

Nicole Hughes
Plaintiff

vs.

Concordia Legal Advisors, PLLC
fka Citadel Legal Group, PLLC
Defendant

Adversary No. 25–09014

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint, which is attached to this summons, with the Clerk of the Bankruptcy Court and serve a copy upon the plaintiff's attorney within **30** days after the date of issuance of this summons. The United States or an officer or agency thereof shall file a motion or answer to the complaint within **35** days.

| | |
|---|---|
| Address of the Clerk: | 111 Seventh Avenue SE, Box #15<br>Cedar Rapids, IA 52401–2101 |
| Pro Se Plaintiff: | Nicole Hughes<br>25 Main Place, Suite 200<br>Council Bluffs, IA 51503 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Sharon K. Mullin
Clerk, Bankruptcy Court
by:

*Nicole J. Becker*

Deputy Clerk



Date of Issuance: March 12, 2025

apsummon 8/2022

25–09014

# CERTIFICATION OF SERVICE

I,_____ (name), certify that service of this summons and a copy of the complaint was made _____(date) by:

☐ Mail service: Regular, first class United States mail, postage fully pre–paid, addressed to:

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____     Signature_____

    Print Name:     _____

    Business Address:     _____
    _____
    _____